IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD KYLE REEVES, ) | |
| # 255472, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:15-CV-835-WKW |
| ) | |
| OFFICER D. JACKSON, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On January 12, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 7.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED; and

(2) This case is DISMISSED without prejudice for Plaintiff's failures to prosecute this action and comply with the orders of this court.

A separate final judgment will be entered.

DONE this 3 day of February, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE